## 60927. WATSON v. THE STATE.

SMITH, Judge.
The judgment is affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. McMurray, P. J., and Banke, J., concur.*

SUBMITTED NOVEMBER 3, 1980 — DECIDED NOVEMBER 17, 1980.

*Alfred D. Fears, William P. Bartles,* for appellant.
*E. Byron Smith, District Attorney,* for appellee.